UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

LUIS MARTINEZ,
JUAN GOMEZ,
FREDDY SANTOS,
WENLIS DELAROSA,
RAUL PAGAN,

Defendants.

24-cr-00376 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The status conference is rescheduled from September 26, 2024 to **September 24, 2024**

**at 12:30 p.m.** in Courtroom 20B of the United States Court House, 500 Pearl Street, New

York, New York, 10007.

Dated: July 18, 2024
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge