**FOY & SEPLOWITZ** LLC
attorneys at law

24 BERGEN STREET, SUITE 200
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

August 26, 2024

Honorable Jennifer L. Rochon, USDJ
Daniel Patrick Moynihan US Courthouse
Southern District of New York
500 Pearl street
New York, NY 10007

      **Re:**   **US v. Luis Martinez**
             **Dkt. # 24 Cr 376 (JLR)**
             **Bail Hearing**

> Letter Motion GRANTED. The bail hearing is referred to the Magistrate Court.
>
> Dated: August 26, 2024
>        New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Dear Judge Rochon:

On behalf of defendant, Luis Martinez, I am requesting bail hearing pursuant to 18 U.S.C. 3142. During the defendant's presentment and arraignment, he consented to his detention and the court granted his right to make an application for bail without prejudice.

The defendant will make an application for his release on the condition that a $100,000.00 personal recognizance bond is signed by the defendant and up to two financially responsible individuals or persons with moral suasion as co-signors on the bond. I have spoken with the government regarding the proposed bail package, and they will be seeking pretrial detention. As per my conversation with the government, we are requesting the following dates conduct the bail hearing:

1. Wednesday, August 28th; or
2. Thursday, August 29th

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com