

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 3, 2024

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Luis Martinez, a/k/a "Tutuma," et al.*,
             24 Cr. 376 (JLR)

Dear Judge Rochon:

      The Government writes respectfully, on behalf of the parties, to request an adjournment of the conference scheduled for Wednesday, December 11, 2024, at 11:00 a.m., in the above-referenced case. The parties request an adjournment of several months to February 2024 to allow additional time for counsel to review discovery and to engage in discussions regarding potential pre-trial resolutions in this case, which are active and ongoing. The Government respectfully requests that time be excluded through the date of the next conference for the same reasons. The Government submits that an exclusion of time is in the interest of justice for the reason stated above. The Government has conferred with counsel for the defendants who have confirmed that they consent to the exclusion of time here.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Lisa Daniels
Alexandra S. Messiter
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955 / -2544

The request for an adjournment of the status conference scheduled for December 11, 2024 is granted. The status conference shall be rescheduled to **February 5, 2025** at 3:00 p.m. Speedy trial time is excluded until February 5, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the parties continued need to review discovery and discuss potential pretrial resolutions.

**SO ORDERED.**

Dated: December 4, 2024
      New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

    Cc:    Counsel of record (by ECF)