

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 19, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Luis Martinez, a/k/a "Tutuma," et al.*,
              24 Cr. 376 (JLR)

Dear Judge Rochon:

      The Government writes respectfully to request an adjournment of the conference scheduled for Wednesday, May 21, 2025, at 11:00 a.m., as to each of the defendants in the above-referenced case except defendant Wenlis Delarosa.[1]  The parties request an adjournment to July 2, 2025, at 11:00 a.m.—the date set in the Court's May 16, 2025 Order granting an adjournment as to defendant Luis Martinez (Dkt. 59)—to allow additional time for counsel to engage in discussions regarding potential pre-trial resolutions in this case.  The Government respectfully requests that time be excluded through the date of the next conference for the same reasons.  The Government submits that an exclusion of time is in the interest of justice for the reasons stated above.  The

---

[1] Delarosa is scheduled to appear before the Court on May 21, 2025, at 11:00 a.m., so that the Court may address Delarosa's May 14, 2025 letter to the Court requesting the appointment of new counsel.  (*See* Dkts. 56, 57).  This letter does not seek an adjournment or exclusion of time as to Delarosa.

Honorable Jennifer L. Rochon
United States District Judge
May 19, 2025
Page 2

Government has conferred with counsel for the defendants, who have confirmed that they consent to the exclusion of time here.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Lisa Daniels
Alexandra S. Messiter
Henry L. Ross
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2955 / -2544 / -2442

Cc: Counsel of record (by ECF)

---

The conference scheduled for Wednesday, May 21, 2025 at 11:00 a.m. shall be adjourned to July 2, 2025 at 11:00 a.m. for all defendants except for Wenlis Delarosa. The conference on May 21, 2025 shall proceed with respect to Mr. Delarosa. As to defendants Gomez, Santos, and Ragan, speedy trial time shall be excluded until July 2, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the parties' need to continue negotiations.

**SO ORDERED.**

Dated: May 20, 2025
New York, New York

_____
**JENNIFER L. ROCHON
United States District Judge**