

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 23, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Luis Martinez, a/k/a "Tutuma," et al.*,
            24 Cr. 376 (JLR)

Dear Judge Rochon:

      The Government writes respectfully to request an adjournment of the status conference in the above-referenced case from Wednesday, July 2, 2025, at 10:00 a.m., to Wednesday, July 16, 2025, at 10:30 a.m. The Court has already excluded time through July 16, 2025 as to defendant Wenlis Delarosa. The Government has conferred with counsel for each of the remaining defendants, who have confirmed their availability on July 16, 2025, and their consent to the exclusion of time through that date. Accordingly, the Government respectfully requests that time be excluded as to all remaining defendants through July 16, 2025, in the interest of justice, to allow additional time for counsel to engage in discussions regarding potential pre-trial resolutions in this case.

Letter Motion GRANTED. The status conference is adjourned from July 2, 2025 to July 16, 2025 at 10:30 a.m. Speedy trial time excluded until July 16, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the parties continued need to discuss potential pretrial resolution.

Dated: May 23, 2025
        New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
     Lisa Daniels
     Alexandra S. Messiter
     Henry L. Ross
     Assistant United States Attorneys
     Southern District of New York
     Tel: (212) 637-2955 / -2544 / -2442

      Cc:    Counsel of record (by ECF)