

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 14, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Luis Martinez, a/k/a "Tutuma," et al.,***
              **24 Cr. 376 (JLR)**

Dear Judge Rochon:

      The Government writes respectfully to request an adjournment of the conference in the above-referenced case scheduled for Wednesday, July 16, 2025, at 10:30 a.m. The Government has conferred with counsel for each of the remaining defendants and requests an adjournment of approximately 60 days. With respect to defendant Delarosa, the Government requests an adjournment to allow recently appointed counsel to review discovery and engage in discussions regarding a potential pre-trial resolution. With respect to the other remaining defendants, the Government requests such an adjournment to allow the Government and counsel to continue pursuing discussions regarding potential pre-trial resolutions. Such discussions remain active and ongoing. Accordingly, the Government respectfully requests an adjournment of approximately 60 days and that time be excluded as to all remaining defendants through the date of the next

Honorable Jennifer L. Rochon
United States District Judge
July 14, 2025
Page 2

conference for the reasons stated above. The Government understands from counsel that the defendants consent to the adjournment and exclusion of time here.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____

Lisa Daniels
Alexandra S. Messiter
Henry L. Ross
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2955 / -2544 / -2442

Cc:    Counsel of record (by ECF)

The Government's request for a 60-day adjournment of the July 16, 2025 status conference is granted. The status conference shall be rescheduled for September 22, 2025 at 10:00 a.m. Speedy trial time is excluded until September 22, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the parties' continued need to discuss potential pretrial resolution, and the need for defendant Delarosa's newly appointed counsel to review discovery.

Dated: July 15, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge