

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 19, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Luis Martinez, a/k/a "Tutuma," et al.*,
              24 Cr. 376 (JLR)

Dear Judge Rochon:

      The Government writes respectfully on behalf of the parties to request an adjournment of the conference in the above-referenced case scheduled for Monday, September 22, 2025, at 10:00 a.m. With respect to defendant Luis Martinez, the Government understands from counsel that the defendant plans to enter a change of plea pursuant to a plea agreement. The parties respectfully request to proceed with the change of plea on Monday, September 22, 2025, at 11:00 a.m. The Government has conferred with counsel for the remaining defendants. The Government and counsel are pursuing discussions regarding potential pre-trial resolutions. Such discussions remain active and ongoing. Accordingly, the Government respectfully requests an adjournment of approximately 45 days and that time be excluded as to the remaining defendants through the date

Letter Motion GRANTED. A change of plea hearing is scheduled for **September 22, 2025 at 11:00 a.m.** as to Luis Martinez. The status conference for the remaining defendants is adjourned from September 22, 2025 to **November 5, 2025 at 12:00 p.m.** Speedy trial time is excluded until November 5, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the need for the defendants to further discuss potential resolution of this case.

Dated: September 19, 2025
        New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Honorable Jennifer L. Rochon
United States District Judge
September 19, 2025
Page 2

of the next conference for the reasons stated above. The Government understands that counsel consents to the exclusion of time here.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

By: _____
      Lisa Daniels
      Alexandra S. Messiter
      Henry L. Ross
      Assistant United States Attorneys
      Southern District of New York
      Tel: (212) 637-2955 / -2544 / -2442

Cc:    Counsel of record (by ECF)