ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

UNITED STATES OF AMERICA
                                              :    CONSENT PRELIMINARY ORDER
         - v. -                                          OF FORFEITURE AS TO SPECIFIC
                                              :    <u>PROPERTY</u>

LUIS MARTINEZ,
   a/k/a "Tutuma,"                              :    S3 24 Cr. 376 (JLR)
                  Defendant.
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

           WHEREAS, on or about September 22, 2025, LUIS MARTINEZ (the "Defendant"), was charged in a one-count Superseding Information, S3 24 Cr. 376 (JLR) (the "Information"), with conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846 (Count One);

           WHEREAS, the Information included a forfeiture allegation as to Count One of the Information seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offense charged in Count One of the Information, including but not limited to a 2017 Mercedes sedan with vehicle identification number WDDZF4KB1HA120588 and New York license plate number LHT5060;

           WHEREAS, on or about September 22, 2025, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 21, United States Cide, Section 853, a 2017 Mercedes sedan with vehicle identification number WDDZF4KB1HA120588 and New York license plate number LHT5060;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the following property, which constitutes property used or intended to be used in any manner or part, to commit or to facilitate the commission of, the offense charged in Count One of the Information:

      a. 2017 Mercedes sedan with vehicle identification number WDDZF4KB1HA120588 and New York license plate number LHT5060

(the "Specific Property").

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Lisa Daniels, Alexandra Messiter, and Henry Ross, of counsel, and the Defendant, and his counsel, Jason E. Foy, Esq., that:

1.    As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant LUIS

MARTINEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.   Pursuant to 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.   Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9.   The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____        9/22/25
LISA DANIELS                                 DATE
ALEXANDRA MESSITER
HENRY ROSS
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2955/-2544/-2442

LUIS MARTINEZ

By: ___LUIS MARTINEZ___                      9-22-25
LUIS MARTINEZ                                DATE

By: _____           9/22/25
JASON E. FOY, ESQ.                           DATE
Attorney for Defendant
24 Bergen Street, Suite #200
Hackensack, NJ 07601

SO ORDERED:

_____               9/22/2025
HONORABLE JENNIFER L. ROCHON               DATE
UNITED STATES DISTRICT JUDGE